IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD BLOUNT,

      Petitioner,                    No. CIV S-11-1580 MCE EFB P

      vs.

BOARD OF PRISON HEARINGS, et al.,

      Respondents.                 FINDINGS AND RECOMMENDATIONS

      Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

      On October 28, 2011, respondent filed a motion to dismiss on the ground that the petition fails to state a cognizable claim and that there no longer exists a live controversy. On December 6, 2011, the court informed petitioner of the requirements for filing an opposition to any motion to dismiss. That order gave petitioner twenty-one days to file an opposition or statement of non-opposition and warned him that failure to do so would result in a recommendation that this action be dismissed.

////

////

////

1  The time to act has passed and petitioner has not filed an opposition or a statement of no
2  opposition nor otherwise responded to the March 18, 2011 order.
3  Accordingly, it is RECOMMENDED that this action be dismissed without prejudice.
4  Fed. R. Civ. P. 41(b); Rule 12, Rules Governing § 2254 Cases.
5  These findings and recommendations are submitted to the United States District Judge
6  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
7  after being served with these findings and recommendations, any party may file written
8  objections with the court and serve a copy on all parties.  Such a document should be captioned
9  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
10  within the specified time may waive the right to appeal the District Court's order.  *Turner v.*
11  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  In
12  his objections petitioner may address whether a certificate of appealability should issue in the
13  event he files an appeal of the judgment in this case.  *See* Rule 11, Federal Rules Governing
14  Section 2254 Cases (the district court must issue or deny a certificate of appealability when it
15  enters a final order adverse to the applicant).
16  Dated: February 1, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE